3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Tyliquie Quayshawn Campbell,

    Defendant.
_____/

Case: 2:21-cr-20668
Judge: Edmunds, Nancy G.
MJ: Stafford, Elizabeth A.
Filed: 11-03-2021 At 12:08 PM
INDI USA VS CAMPBELL (DP)

Violations:
18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

On or about September 3, 2021, in the Eastern District of Michigan, the defendant, TYLIQUIE QUAYSHAWN CAMPBELL, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm that is, one Glock 23, .40 caliber pistol, said firearm having been shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

1.     The allegations contained in Count 1 of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) together with Title 28,

United States Code, Section 2461.

2. As a result of the foregoing violation of Title 18, United States Code, Section 922(g), as charged in Count 1 of this Indictment, defendant shall forfeit to the United States any firearm or ammunition involved in or used in his knowing violation of section 922(g), including, but not limited to the following: one black Glock 23. 40 caliber pistol being serial number BSRE291 with once extended magazine attached.

THIS IS A TRUE BILL
*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
ACTING UNITED STATES ATTORNEY

*s/Craig F. Wininger*
CRAIG F. WININGER
Chief, Violent & Organized Crime Unit

*s/Matthew Roth*
MATTHEW ROTH
Assistant United States Attorney

Dated: November 3, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: *MR* |

**Case Title:** USA v. Tyliquie Quayshawn Campbell

**County where offense occurred:** Oakland

**Offense Type:** Felony

Indictment -- based upon prior complaint [**Case number:** 21-mj-30496]

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

November 3, 2021
Date

Matthew Roth
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Matthew.Roth2@usdoj.gov
(313) 226-9186

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.